No. 6023.

W. D. PETERSON ET AL. VS. J. J. BROWN.

The weakness of the defendant's evidence does not supply the place of proof on the part of the plaintiff. In a suit upon a verbal contract, where the only witnesses are the plaintiff and the defendant, whose testimony is in positive contradiction, and there are no corroborating circumstances of either, judgment must go against the plaintiff either absolute or as of non-suit.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*B. Egan* for Plaintiff Appellant. *Singleton & Browne* for Defendant.

SPENCER, J., delivered the opinion affirming the judgment which non-suited the plaintiff.

No. 5967.

HEIRS OF KILLILIA VS. LAWRENCE F. BARRETT.

In a suit by the alleged administrator of a succession and tutor to minor heirs to recover real property claimed to belong to the deceased, exception of want of proper parties having been made, and it appearing that neither the administration nor the tutor had qualified, — the former exhibiting merely an order of appointment upon giving bond, and no bond executed, the latter exhibiting merely unsigned and undated letters of tutorship, — the exception was sustained and the action dismissed as of non-suit.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J.

*J. H. Grover* for Plaintiff. *Bright* for Defendant Appellant.

WHITE, J., delivered the opinion.